# Order

Michigan Supreme Court
Lansing, Michigan

September 4, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145117 & (41)

JOYCE BONNER, f/k/a JOYCE ALLEN,
   Plaintiff-Appellant,

v

              SC: 145117
              COA: 307802
              Wayne CC: 95-507577-DM

JAMES ALLEN,
    Defendant-Appellee.

_____/

   On order of the Court, the application for leave to appeal the April 3, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for oral argument is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 4, 2012

Clerk

d0827